IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RUBEN IVAN SALAICES-ARENALES,

    Defendant.                        Case No. 06-30150-DRH

**ORDER**

**HERNDON, District Judge:**

Pending before the Court is Defendant's Motion to Withdraw. (Doc. 20.) Due to a potential conflict of interest, Defendant's current counsel, Assistant Federal Public Defender Daniel G. Cronin, requests leave to withdraw from this case. The Court **GRANTS** this motion. (Doc. 20.) In addition, the Court **APPOINTS** attorney Daniel F. Goggin as CJA counsel to represent Defendant in this matter.

**IT IS SO ORDERED.**

Signed this 28th day of December, 2006.

                                    /s/     David   RHerndon
                                  **United States District Judge**