IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 06-CR-30150-DRH |
| ) | |
| **RUBEN SALAICES-ARENALES,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion to continue trial submitted by Defendant Ruben Salaices-Arenales. (Doc. 34.) The motion is unopposed.  The Court finds that the trial should be postponed because Defendant and the Government are involved in ongoing discussions concerning a possible agreement in this matter.  In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant in a speedy trial because failure to grant a continuance would unreasonably interfere with the current discussions, which if successful would serve all parties' interest in a just and efficient outcome.  Therefore, the Court **GRANTS** Defendant Salaices-Arenales' motion to continue. (Doc. 34.)  The Court **CONTINUES** the jury trial scheduled for Monday, April 23, 2007 at 9:00 a.m. until June 4, 2007

at 9:00 a.m.  The time from the date Defendant's motion was filed, April 17, 2007, until the date on which the trial is rescheduled, June 4, 2007, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 18th day of April, 2007.

/s/      David   RHerndon
**United States District Judge**
